IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GARY KIRKINDOLL, § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 3:11-CV-1921-D |
| VS. § | |
| § | |
| NATIONAL CREDIT UNION § | |
| ADMINISTRATIVE BOARD, AS § | |
| CONSERVATOR OF TEXANS CREDIT § | |
| UNION, et al., § | |
| § | |
| Defendants. § | |

MEMORANDUM OPINION
AND ORDER

The court *sua sponte* withdraws §§ I-III of its October 15, 2012 memorandum opinion and order, in which it denied defendants' June 7, 2012 motion for summary judgment. *See Kirkindoll v. Texans Credit Union*, 2012 WL 4866501, at *1-7 (N.D. Tex. Oct. 15, 2012) (Fitzwater, C.J.). Defendants' June 7, 2012 motion for summary judgment is now taken under advisement, to be decided in due course on the original briefing,[1] unless the court requests further briefing.

Treating defendants' November 20, 2012 Rule 60(b) motion for relief from order denying summary judgment as a motion for reconsideration,[2] the motion is denied without prejudice as moot. Defendants' November 20, 2012 request under 28 U.S.C. 1292(b) to certify for immediate appeal

---

[1]The original briefing means defendants' June 7, 2012 motion, brief, and appendix; plaintiff's June 28, 2012 response, brief, and appendix; and defendants' July 12, 2012 reply brief.

[2]Fed. R. Civ. P. 60(b) is inapposite because the summary judgment ruling was interlocutory, and Rule 60(b) applies to a final judgment, order, or proceeding.

the court's order denying summary judgment is also denied without prejudice as moot.

    **SO ORDERED**.

    December 19, 2012.

                                            _____
                                            SIDNEY A. FITZWATER
                                            CHIEF JUDGE